**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Phillip Anthony ISLES, Defendant–Appellant.**

United States Court of Appeals,
Fourth Circuit.

June 24, 2014.

ORDER

Phillip Anthony Isles' petition for rehearing of our April 30, 2013 decision. In that opinion, we denied a certificate of appealability and dismissed Isles' appeal of the district court's order dismissing as time-barred his 28 U.S.C.A. § 2255 (West Supp.2013) motion to vacate his conviction under 18 U.S.C. §§ 922(g)(1), 924 (2006), and resulting 120–month sentence. Upon consideration of the contentions and materials submitted in conjunction with the petition, we grant rehearing, grant a certifi-

cate of appealability, and remand this case to the district court for further proceedings in light of *McQuiggin v. Perkins,* —— U.S. ——, 133 S.Ct. 1924, 185 L.Ed.2d 1019 (2013), and *Miller v. United States,* 735 F.3d 141 (4th Cir.2013). The mandate in this case shall issue forthwith.

Entered at the direction of the panel: Judge Agee, Judge Wynn and Senior Judge Hamilton.